Argued November 29, affirmed November 29, 1971

STATE OF OREGON, *Respondent, v.* ROBERT
LEONARD FRANK (No. 73137), *Appellant.*

490 P2d 1286

*Nikolaus Albrecht,* Portland, argued the cause and
filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Foley and Fort,
Judges.

AFFIRMED FROM THE BENCH.